# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:17-CR-00207-LJO-SKO |
|---|---|
| Plaintiff, | ORDER STAYING RELEASE; SETTING RESPONSE DEADLINE; AND SETTING HEARING RE MOTION TO AMEND ORDER SETTING CONDITIONS OF RELEASE (ECF No. 6) |
| v. | |
| STEFAN RAMIREZ, | |
| Defendant. | |

The Court has received and reviewed the United States' motion to amend the order setting conditions of release for Defendant Stefan Ramirez. *See* ECF No. 6. In light of the representations therein:

(1) Defendant's release is STAYED until the issue of detention can be reviewed;

(2) Defendant is ordered to file any response to the motion on or before Thursday, September 7, 2017 at 2:00pm; and

(3) A *de novo* hearing regarding detention is set for Tuesday, September 12, 2017 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **September 5, 2017**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1