| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | STEFAN RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-00207-LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO LIFT STAY OF RELEASE |
| | ) | ORDER, MODIFY CONDITIONS OF |
| vs. | ) | RELEASE, AND VACATE SEPTEMBER 12, |
| | ) | 2017 MOTION HEARING; ORDER |
| STEFAN RAMIREZ, | ) | |
| | ) | |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Stefan Ramirez, that the Court may lift the stay of the September 1, 2017 release order and vacate the September 12, 2017 motion hearing. The parties have agreed to a modification of Condition 7(n) that addresses the government's concerns; specifically, the parties agree that Mr. Ramirez will not reside with a minor

As outlined in the government's Motion to Amend Order Setting Conditions of Release, United States Magistrate Judge Erica P. Grosjean ordered Mr. Ramirez released pretrial subject to specific conditions. One such condition—Condition 7(n)—prohibits Mr. Ramirez from having contact with minors unless in the presence of the minor's parent or guardian. At the detention hearing, the defense represented that Mr. Ramirez's girlfriend had a minor daughter

who resided with Mr. Ramirez and his girlfriend on a part-time basis. After hearing from Mr. Ramirez's girlfriend, Judge Grosjean agreed that Condition 7(n) was the least restrictive condition that would reasonably assure the safety of the community. Judge Grosjean delayed Mr. Ramirez's release until September 5, 2017, to allow Pretrial Services to set up the location monitor.

On September 5, 2017, the government filed the Motion to Amend Order Setting Conditions of Release. In the Motion, the government raises concerns regarding Mr. Ramirez residing with a minor and requests that the Court enter an order modifying the release order to preclude Mr. Ramirez from residing with any minor, even if that minor's parent or guardian is also in the residence. The Court entered an order staying the release order pending the resolution of this issue.

After discussion, the parties have agreed that Mr. Ramirez will not reside with a minor and hereby stipulate that Condition 7(n) may be modified as follows: "The defendant must . . . not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor. <u>In addition, the defendant may not reside with a minor, regardless of whether the parent or legal guardian of the minor is present.</u>"

In light of this modification, the parties request that the Court lift the stay of the release order, order the released delayed until 9:00 a.m. on Wednesday, September 6, 2017, and vacate the September 12, 2017 motion hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Ramirez: Stipulation
and Proposed Order

2

|   |   |
|---|---|
| | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| Date: September 5, 2017 | */s/ David Gappa*<br>DAVID GAPPA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 5, 2017 | */s/ Erin Snider*<br>ERIN SNIDER<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEFAN RAMIREZ |

# **O R D E R**

The Court orders that Condition 7(n) is modified as follows: "The defendant must . . . not associate or have verbal, written, telephonic or electronic communication with any person who is under the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor. In addition, the defendant may not reside with a minor, regardless of whether the parent or legal guardian of the minor is present."

Pursuant to the parties' stipulation, the Court hereby lifts the stay of the release order, orders Mr. Ramirez released at 9:00 a.m. on Wednesday, September 6, 2017, and vacates the September 12, 2017 motion hearing.

IT IS SO ORDERED.

Dated: **September 5, 2017**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Ramirez: Stipulation
and Proposed Order

3