| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, Bar #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | STEFAN RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

STEFAN RAMIREZ,

   Defendant.

Case No. 1:17-cr-00207-LJO-SKO

STIPULATION TO MODIFY CONDITIONS OF RELEASE; [~~PROPOSED~~] ORDER

Judge: Hon. Barbara A. McAuliffe

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for defendant Stefan Ramirez, that Mr. Ramirez's conditions of release be modified to permit Mr. Ramirez to perform yardwork at his residence under the supervision of his third-party custodian, Olivia Ramirez, on March 31, 2018, from 11:00 a.m. to 3:00 p.m., and on April 2, 2018, from 11:00 a.m. to 3:00 p.m.

Pursuant to the Order Setting Conditions of Release, Mr. Ramirez is subject to home detention, which requires him to remain inside his residence "at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." Docket No. 7 at 2. Accordingly, Mr. Ramirez is not allowed outside of his home, which he shares with Olivia Ramirez, his mother and third-party custodian.

| | |
|---|---|
| 1 | Mr. Ramirez requests that the Court modify the home detention condition to permit him to do yardwork at his residence, under the supervision of Ms. Ramirez, on two dates: March 31, 2018, from 11:00 a.m. to 3:00 p.m., and April 2, 2018, from 11:00 a.m. to 3:00 p.m.  Defense counsel has spoken with Ms. Ramirez, who understands that she will need to be present at all times while Mr. Ramirez is outside of the home doing the yardwork.  Defense counsel has also corresponded with Pretrial Services Officer Ryan Beckwith, who has no objection to this request. |

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 30, 2018         /s/ David Gappa
                             DAVID GAPPA
                             Assistant United States Attorney
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 30, 2018         /s/ Erin Snider
                             ERIN SNIDER
                             Assistant Federal Defender
                             Attorney for Defendant
                             STEFAN RAMIREZ


**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(p) as follows: Stefan Ramirez is permitted to be outside of his home to perform yardwork under the supervision of his third-party custodian, Olivia Ramirez, on March 31, 2018, from 11:00 a.m. to 3:00 p.m. and on April 2, 2018, from 11:00 a.m. to 3:00 p.m.

IT IS SO ORDERED.

Dated:   **March 30, 2018**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE