HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Stefan Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00207-LJO-SKO |
| Plaintiff, | NOTICE OF MOTION AND MOTION TO MODIFY TERM OF PRETRIAL RELEASE; EXHIBITS; ORDER THEREON |
| vs. | |
| STEFAN RAMIREZ, | JUDGE: Hon. Erica P. Grosjean |
| | DATE: April 19, 2018 |
| Defendant. | TIME: 2:00 p.m. |

**TO: MCGREGOR W. SCOTT, UNITED STATES ATTORNEY, AND DAVID GAPPA, ASSISTANT UNITED STATES ATTORNEY, COUNSEL FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that on April 19, 2018, at 2:00 p.m., or as soon thereafter as the matter can be heard in the Courtroom of the Honorable Erica P. Grosjean, United States Magistrate Court Judge for the Eastern District of California, defendant Stefan Ramirez, through undersigned counsel, will bring on for hearing the following motion for modification of term of pretrial release.

**MOTION**

Mr. Ramirez, by and through his counsel of record, Assistant Federal Defender Charles J. Lee, hereby moves this Court for an order modifying Special Condition 7(p) for the reasons

discussed below.

Pursuant to the Order Setting Conditions of Release, Mr. Ramirez is subject to home detention, which requires him to remain inside his residence "at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO." Docket No. 7 at 2. Accordingly, Mr. Ramirez is not allowed outside of the home except for these limited exceptions.

The home where Mr. Ramirez resides is owned by his mother, Oliva Ramirez. Only the two of them reside at that location. This home has been a rental property for many years, but due to a recent divorce, Ms. Ramirez returned to residing at this residence in February 2017. As this home had been a rental for a long period of time, many items of deferred maintenance have piled up which Ms. Ramirez is requesting that her son be able to assist her with. Ms. Ramirez works only seasonally as a tax preparer and is otherwise on a limited fixed income. Mr. Ramirez is only working part-time, generally only 10-hours a week at present.

The home sits on a large lot and so the grass and other landscaping requires regular maintenance. Additionally, the roots of a tree is causing a fence to topple which must be repaired. Rain damage has cause the patio covering to become decayed and is also in need of repair. The pool is currently drained due to the need for replastering in spots. Pictures of these items have been attached as Exhibit A.

Because of Ms. Ramirez's limited fixed income, it would be of great financial relief to Ms. Ramirez if her son could assist with these tasks and repairs. Mr. Ramirez understands he would be strictly limited to these tasks onsite at the property and that we would not be allowed to travel off the property to get parts or tools, etc. and that he would have to be with his mother at all times during these tasks. Ms. Ramirez also understands that she would have to, as Third Party Custodian, accompany Mr. Ramirez every moment he would be doing these tasks if the court were to allow it. She understands her obligations and that she could not step away to take a phone call, she could not quickly run to the store to get more supplies while Mr. Ramirez

| | |
|---|---|
|1| continued to work, etc. and that she would have to report immediately to Pretrial Services any |
|2| violation conduct. |
|3| After speaking with Pretrial Services Officer Ryan Beckwith, it is defense counsel's |
|4| understanding Pretrial is in agreement with the proposed modification and will be available at the |
|5| requested date and date for the court hearing. Based on all the above, the defense would request |
|6| that Special Condition 7(p) be modified to allow the Pretrial Services Officer the discretion to |
|7| approve Mr. Ramirez to assist his mother with these tasks while in her immediate presence at all |
|8| times. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 13, 2018                      /s/ Charles J. Lee
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Counsel for Defendant
                                          STEFAN RAMIREZ

**O R D E R**

**IT IS SO ORDERED** that pretrial release special condition 7(p) be modified as follows: the Pretrial Services Officer will have the discretion to allow Mr. Ramirez to perform yard work or other repairs on his mother's property while being accompanied at all times by his mother/third party custodian, Oliva Ramirez.

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 19, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE