MCGREGOR W. SCOTT
United States Attorney
David Gappa
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>STEFAN RAMIREZ,<br><br>    Defendant. | CASE NO. 1:17-CR-00207-LJO-SKO<br><br>STIPULATION TO MOVE MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: June 11, 2018<br>TIME: 8:30 a.m.<br>COURT: Hon. Lawrence J. O'Neill |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate as follows:

1. By previous order, this matter was set for a motion hearing on June 11, 2018. Since that date was selected government counsel has become unavailable due to a need to attend a program away from Fresno.

2. By this stipulation, the parties have agreed to reschedule the hearing on defendant's motion to June 18, 2018. The parties agree that the deadline for filing the defendant's optional reply brief is extended to June 11, 2018. The parties have also agreed to exclude time under the Speedy Trial Act through the next hearing on June 18, 2018, based on 18 U.S.C. 3161(h)(1)(D), (h)(7)(A),

1

(h)(7)(B)(i) and (iv).

IT IS SO STIPULATED.

Dated: May 2, 2018                               McGREGOR W. SCOTT
                                                                      United States Attorney

                                                                      /s/ David Gappa
                                                                      David Gappa
                                                                      Assistant United States Attorney

Dated: May 2, 2018                               /s/ Erin Snider
                                                                      Erin Snider
                                                                      Counsel for Defendant
                                                                      STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>STEFAN RAMIREZ,<br><br>                    Defendant. | CASE NO. 1:17-CR-00207-LJO-SKO<br><br>ORDER ON STIPULATION TO CONTINUE MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

**ORDER**

    IT IS HEREBY ORDERED that the hearing on motions and trial scheduling for this case be reset for June 18, 2018, at 8:30 am.

    Any reply brief by the defendant must be filed by June 11, 2018.

    IT IS FURTHER ORDERED that the time period of February 5, 2018, through June 18, 2018, inclusive, is deemed excludable under 18 U.S.C. § § 3161(h)(1)(D), (h)(7)(A), (h)(7)(B)(i) and (iv) because it results from a continuance granted by the court at the parties' request on the basis of the court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

    Dated:  __**May 2, 2018**__                    ___**/s/ Lawrence J. O'Neill**___
                                                                    UNITED STATES CHIEF DISTRICT JUDGE