HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>              Defendant. | Case No.  1:17-cr-00207<br><br>**DEFENDANT'S MOTION FOR AN ORDER PERMITTING HIM TO ATTEND UPCOMING COURT APPEARANCE; ORDER**<br><br>Judge: Hon. Dale A. Drozd |

On Thursday, October 15, 2020 at 9:00 a.m. this Court will hear Stefan Ramirez's motion for bail pending appeal pursuant to 18 U.S.C. § 3143(b) following a published opinion in his favor issued by the Ninth Circuit on September 25, 2020.  Pursuant to the Eastern District of California's General Order 614, the hearing will be conducted through the use of videoconferencing, and specifically through Zoom, which permits both video and phone access.

Stefan Ramirez is currently housed at FCI Lompoc.  Today, Mr. Ramirez's Unit Manager at FCI Lompoc, Mr. Webster, informed our office that FCI Lompoc would not make Mr. Ramirez available for his video court appearance on October 15, 2020 at 9:00 a.m. without a court order.

Accordingly, Mr. Ramirez is moving this Court for an order directing personnel at FCI Lompoc to make the necessary arrangements for him to be able to appear through the Zoom application at his court appearance scheduled for October 15, 2020 at 9:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 14, 2020

*/s/ Peggy Sasso*
PEGGY SASSO
Assistant Federal Defender
Attorney for Stefan Ramirez

**ORDER**

IT IS SO ORDERED that FCI Lompoc make the necessary arrangements for Stefan Ramirez (Register Number: 76787-097) to appear through the Zoom application at his court appearance scheduled for October 15, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 14, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE