HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>Defendant. | Case No.  1:17-cr-00207<br><br>**ORDER OF RELEASE**<br><br>Judge: Hon. Dale A. Drozd |

On September 25, 2020, the United States Court of Appeals for the Ninth Circuit issued a published opinion reversing the trial court's denial of Mr. Ramirez's suppression motion and remanding the case for further proceedings.  On October 2, 2020, Mr. Ramirez filed a motion for bail pending appeal pursuant to 18 U.S.C. § 3143(b).  The government filed a written opposition on October 9, 2020, and this Court heard oral argument on the matter on October 15, 2020.  This Court GRANTS defendant's motion for bail pending appeal, and its ruling and reasoning is preserved on the record.

Accordingly, **IT IS SO ORDERED that FCI Lompoc release Stefan Ramirez** (Register Number: 76787-097) on October 16, 2020 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **October 15, 2020**                    _/s/ Dale A. Drozd_
                                                                         UNITED STATES DISTRICT JUDGE