HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax:   (559) 487-5950

Attorneys for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00207-LJO-SKO |
| Plaintiff, | STIPULATION TO SET STATUS CONFERENCE; ORDER |
| v. | Date: March 3, 2021 |
| STEFAN RAMIREZ, | Time: 1:00pm |
| Defendant. | Judge: Honorable Sheila K. Oberto |

**STIPULATION**

Mr. Ramirez appealed the denial of his suppression motion in district court, and on September 25, 2020 the Court of Appeals for the Ninth Circuit issued a decision reversing the denial and remanding the case to district court for further proceedings. The mandate issued on December 17, 2020, and thus it is necessary to set a status conference in magistrate court. The parties respectfully request that the status conference be set for March 3, 2021.

The parties agree that time should be excluded should be from December 17, 2020 until March 3, 2021, in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv). The parties further agree that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  January 5, 2021	*/s/ David Gappa*
	DAVID GAPPA
	Assistant United States Attorney


Dated:  January 5, 2021	*/s/ Peggy Sasso*
	PEGGY SASSO
	Counsel for Defendant
	STEFAN RAMIREZ

**ORDER**

IT IS SO ORDERED.

Dated:  **January 6, 2021**	/s/ *Sheila K. Oberto*
	UNITED STATES MAGISTRATE JUDGE