1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | CHARLES J. LEE, #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5 |
Attorneys for Defendant
6 | STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00207-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE |
| vs. | JUDGE:  Hon. Barbara A. McAuliffe |
| STEFAN RAMIREZ, | |
| Defendant. | |

Mr. Ramirez's mother/third-party custodian owns a condo in Fresno which she rents out. The prior tenants have moved out leaving the rental in poor shape, requiring extensive cleanup and renovations. Mr. Ramirez is requesting to be able to assist his mother in getting the rental unit ready for new tenants. As the prior tenants have vacated and disconnected utilities, no wifi access is available at the location and the third-party custodian would be with Mr. Ramirez at all times. Accordingly, Mr. Ramirez requests permission to work on the rental units as follows.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified to allow him to assist with the repairs and cleanup of his mother's condo/rental unit on the following dates and times:  March 9-12, March 16-19, March 23-26, and March 30-31, 2021, from 10:00 am until 4:00 pm each of those days.  On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all

times.  Travel is authorized only to the rental unit and back home.  If work is stopped on any of the approved days prior to 4:00 pm, Mr. Ramirez must return directly home with no other stops at any time.  If the defendant is able to complete the work before March 31, 2021, then the modification to the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED:  March 2, 2021          */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 2, 2021          */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>　　　　　Defendant. | Case No.  1:17-cr-00207-NONE-SKO<br><br>STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE<br><br>JUDGE:  Hon. Barbara A. McAuliffe |

**O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr. Ramirez to assist with the repairs and cleanup of his mother's condo/rental unit on the following dates and times:  March 9-12, March 16-19, March 23-26, and March 30-31, 2021, from 10:00 am until 4:00 pm each of those days.  On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times.  Travel is authorized only to the rental unit and back home.  If work is stopped on any of the approved days prior to 4:00 pm, Mr. Ramirez must return directly home with no other stops at any time.  If the defendant is able to complete the work before March 31, 2021, then the modification to the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

　　All prior orders not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

　　Dated:　**March 4, 2021**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ramirez: Motion and [Proposed]　　　　　　　　-3-
Order to Modify Pretrial Condition