1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CHARLES J. LEE, #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorneys for Defendant
6   STEFAN RAMIREZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No.  1:17-cr-00207-NONE-SKO

12                    Plaintiff,           STIPULATION AND ORDER TO MODIFY
                                           TERM OF PRETRIAL RELEASE
13  vs.
                                           JUDGE:  Hon. Erica P. Grosjean
14  STEFAN RAMIREZ,

15                    Defendant.

16  _____

17        The Court previously approved a modification to Mr. Ramirez's location monitoring

18  condition to allow him assist his mother/third-party custodian with repairs/cleaning of a rental

19  unit she owns in Fresno.  *See* Dkt. #105.  While extensive work has been completed, further

20  work is required in both the kitchen and the bathroom.  Now having a better understanding of the

21  scope of the work required, Mr. Ramirez is requesting additional days to allow him to complete

22  the renovations with his mother.

23        Because Mr. Ramirez has been in full compliance with the terms of his pretrial release,

24  including the modification at Dkt. #105, Pretrial Services Officer Darryl Walker has no objection

25  to the request for the additional days.

26        IT IS HEREBY STIPULATED by and between the parties hereto through their

27  respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified

28  to allow him to assist with the repairs and cleanup of his mother's condo/rental unit on the

following dates and times:  April 6, 7, 8, and 9, 2021, from 10:00 am until 5:00 pm each of those days.  On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times.  Travel is authorized only to the rental unit and back home.  If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time.  If the defendant is able to complete the work before April 9, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED:  March 29, 2021                    */s/ David Gappa*
                                          DAVID GAPPA
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED:  March 29, 2021                    */s/ Charles J. Lee*
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          STEFAN RAMIREZ

1

## O R D E R

2          **IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr.

3   Ramirez to assist with the repairs and cleanup of his mother's condo/rental unit on the following

4   dates and times:  April 6, 7, 8, and 9, from 10:00 am until 5:00 pm each of those days.  On each

5   of those days, Mr. Ramirez must remain in the immediate presence of his third-party

6   custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to the rental unit and

7   back home.  If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must

8   return directly home with no other stops at any time.  If the defendant is able to complete the

9   work before April 9, 2021, then the modification of the release conditions is no longer needed,

10  and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

11         All prior orders not in conflict with this order shall remain in full force and effect.

12

13  IT IS SO ORDERED.

14

15  Dated:   **March 29, 2021**                    /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28