1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  STEFAN RAMIREZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No.  1:17-cr-00207-NONE-SKO
12 |         Plaintiff,             | STIPULATION AND ORDER TO MODIFY
   |                                | TERM OF PRETRIAL RELEASE
13 | vs.                            |
   |                                | JUDGE:  Hon. Stanley A. Boone
14 | STEFAN RAMIREZ,                |
15 |         Defendant.             |
16

17       The Court previously approved modifications to Mr. Ramirez's location monitoring

18 condition to allow him assist his mother/third-party custodian with repairs/cleaning of a rental

19 unit she owns in Fresno.  *See* Dkt. #105, 107.  While extensive work has been completed, a few

20 additional items are in need of some additional work.  Mr. Ramirez's mother, Olivia Ramirez,

21 has documented the work progress and the work that needs to be completed and these photos

22 have been circulated to Pretrial Services and the parties.  Mr. Ramirez is requesting two

23 additional days during which it is anticipated the repairs/cleaning will be completed.

24       Because Mr. Ramirez has been in full compliance with the terms of his pretrial release,

25 including the modification at Dkt. #105 and #107, Pretrial Services Officer Darryl Walker has no

26 objection to the request for the additional days.

27       IT IS HEREBY STIPULATED by and between the parties hereto through their

28 respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified

to allow him to assist with the repairs and cleanup of his mother's condo/rental unit on the following dates and times: April 22, 2021, and April 23, 2021, from 10:00 am until 5:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to the rental unit and back home. If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before April 23, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: April 14, 2021

 */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 14, 2021

 */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEFAN RAMIREZ

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr. Ramirez to assist with the repairs and cleanup of his mother's condo/rental unit on the following dates and times: April 22, 2021 and April 23, 2021, from 10:00 am until 5:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to the rental unit and back home. If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before April 23, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **April 14, 2021**

UNITED STATES MAGISTRATE JUDGE