| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | CHARLES J. LEE, #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: 559-487-5561/Fax: 559-487-5950 |
| 5 | |
| 6 | Attorneys for Defendant<br>STEFAN RAMIREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>Defendant. | Case No. 1:17-cr-00207-NONE-SKO<br><br>STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE<br><br>JUDGE: Hon. Sheila K. Oberto |

The Court previously approved modifications to Mr. Ramirez's location monitoring condition to allow him assist his mother/third-party custodian with repairs/cleaning of a rental unit she owns in Fresno. *See* Dkt. #105, #107, #112. Mr. Ramirez is now requesting permission to assist in the cleaning and repair of his brother's home before his brother moves in, including the installation of flooring, wall framing, removal of an old fireplace, and tile and carpet removal. The Court approved third-party custodian, Oliva Ramirez, would be present at all times with Mr. Ramirez.

Because Mr. Ramirez has been in full compliance with the terms of his pretrial release, including the modifications at Dkt. #105, #107 and #112, Pretrial Services Officer Frank Guerrero has no objection to this request.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified

to allow him to assist with the repairs and cleanup of his brother's residence on the following dates and times: May 27-28, 2021 and June 5-6, 2021, from 8:00 am until 5:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to his brother's residence and back home. If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before June 6, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: May 24, 2021

*/s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: May 24, 2021

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEFAN RAMIREZ

**O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr. Ramirez to assist with the repairs and cleanup of his brother's residence on the following dates and times: May 27-28, 2021, and June 5-6, 2021, from 8:00 am until 5:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to the brother's residence and back home. If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before June 6, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

DATED: 5/24/2021

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Court Judge