1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  STEFAN RAMIREZ

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No.  1:17-cr-00207-NONE-SKO

12 |          Plaintiff,                  STIPULATION AND ORDER TO MODIFY
                                          TERM OF PRETRIAL RELEASE
13 | vs.
                                          JUDGE:  Hon. Erica P. Grosjean
14 | STEFAN RAMIREZ,

15 |          Defendant.

16

17        The Court previously approved modifications to Mr. Ramirez's location monitoring

18 condition to allow him assist family members with home renovation/repair projects.  *See* Dkt.

19 #105, #107, #112, #114.  Mr. Ramirez is now requesting permission to assist in the renovation of

20 his grandmother's bathroom at her residence located in Firebaugh.  The Court approved third-

21 party custodian, Oliva Ramirez, would be present at all times with Mr. Ramirez.

22        Because Mr. Ramirez has been in full compliance with the terms of his pretrial release,

23 including the modifications at Dkt. #105, #107, #112, and #114, Pretrial Services Officer Frank

24 Guerrero has no objection to this request.

25        IT IS HEREBY STIPULATED by and between the parties hereto through their

26 respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified

27 to allow him to assist with the renovation of his grandmother's bathroom on the following dates

28 and times:  July 20, 22, 24, 25, 27, 29, 31, and August 1, 2021, from 7:00 am until 3:00 pm each

of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to his grandmother's residence and back home. If work is stopped on any of the approved days prior to 3:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before August 1, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: July 15, 2021  /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 15, 2021  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
STEFAN RAMIREZ

# **O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr. Ramirez to assist with the renovation of his grandmother's bathroom on the following dates and times: July 20, 22, 24, 25, 27, 29, 31, and August 1, 2021, from 7:00 am until 3:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to his grandmother's residence and back home. If work is stopped on any of the approved days prior to 3:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before August 1, 2021, then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 15, 2021**                         /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE