HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00207-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE |
| vs. | JUDGE: Hon. Sheila K. Oberto |
| STEFAN RAMIREZ, | |
| Defendant. | |

The Court previously approved modifications to Mr. Ramirez's location monitoring condition to allow him assist family members with home renovation/repair projects. *See* Dkt. #105, #107, #112, #114, #119. Mr. Ramirez is now requesting permission to assist in the repair of a busted water pipe at his grandmother's residence located in Firebaugh. The Court approved third-party custodian, Oliva Ramirez, would be present at all times with Mr. Ramirez.

Because Mr. Ramirez has been in full compliance with the terms of his pretrial release, including the modifications at Dkt. #105, #107, #112, #114, and #119, Pretrial Services Officer Frank Guerrero has no objection to this request.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Stefan Ramirez's order of release condition (7)(s), Dkt. #95, be modified to allow him to assist with the repair of a busted water pipe at his grandmother's residence on the following dates and times: November 21 and 22, 2021, from 9:00 am until 5:00 pm each of

those days.  On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times.  Travel is authorized only to his grandmother's residence and back home.  If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time.  If the defendant is able to complete the work before November 22, 2021, at 5:00 p.m., then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED:  November 15, 2021        /s/ David Gappa
                                 DAVID GAPPA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  November 15, 2021        /s/ Charles J. Lee
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 STEFAN RAMIREZ

**O R D E R**

**IT IS SO ORDERED** that pretrial release condition (7)(s) be modified to allow Mr. Ramirez to assist with the repair of a busted water pipe at his grandmother's residence in Firebaugh on the following dates and times: November 21 and 22, 2021, from 9:00 am until 5:00 pm each of those days. On each of those days, Mr. Ramirez must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times. Travel is authorized only to his grandmother's residence and back home. If work is stopped on any of the approved days prior to 5:00 pm, Mr. Ramirez must return directly home with no other stops at any time. If the defendant is able to complete the work before November 22, 2021, at 5:00 p.m., then the modification of the release conditions is no longer needed, and the defendant will be subject to the terms of home detention as ordered on October 15, 2020.

All prior orders not in conflict with this order shall remain in full force and effect.

DATED:  11/15/2021

*/s/ Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Court Judge