HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>            Defendant. | Case No.  1:17-cr-00207-NONE-SKO<br><br>STIPULATION AND ORDER TO MODIFY TERM OF PRETRIAL RELEASE<br><br>JUDGE:  Hon. Sheila K. Oberto |

   The Court previously approved modifications to Mr. Ramirez's location monitoring condition to allow him to assist family members with home renovation/repair projects.  *See* Dkt. #105, #107, #112, #114, #119 and #127.  Mr. Ramirez is currently requesting permission to attend the viewing and mass for his recently deceased mother-in-law, Martha Mesa.  The viewing and the mass will be held at the Chapel of the Light, 1620 W. Belmont Avenue in Fresno.  Mr. Ramirez would be accompanied at all times by his mother, his Court approved third-party custodian, Oliva Ramirez.  Specifically, Mr. Ramirez requests that the terms of his release be modified to allow him to attend the following:

**Viewing**:       January 26, 2022       Leave home at 4:00 p.m. and Return by 7:00 p.m.

**Mass**:            January 27, 2022       Leave home at 10:30 a.m. and Return by 1:30 p.m.

Because Mr. Ramirez has been in full compliance with the terms of his pretrial release, including the modifications at Dkt. #105, #107, #112, #114, #119, and #127,  Pretrial Services Officer

Frank Guerrero has no objection to this request.

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that Stefan Ramirez's order of release conditions be modified to allow him to attend the Viewing and Mass as stated above with the understanding that Mr. Ramirez would remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez, at all times and that travel is authorized only to and from the Chapel of Light during the times specified.

All prior orders not in conflict with this order shall remain in full force and effect.

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: January 20, 2022         /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 20, 2022         /s/ Peggy Sasso
PEGGY SASSO
Assistant Federal Defender
Attorney for Defendant
STEFAN RAMIREZ

Ramirez: Stipulation and
Order to Modify Pretrial Condition

# **O R D E R**

**IT IS SO ORDERED** that Mr. Ramirez's pretrial release conditions be modified to allow him to attend the Viewing and Mass for Martha Mesa at the Chapel of the Light, 1620 W. Belmont Avenue in Fresno, on January 26, 2022 from 4:00 p.m. to 7:00 p.m. and January 27, 2022 from 10:30 a.m. to 1:30 p.m., respectively. At all times during his release from home detention he must remain in the immediate presence of his third-party custodian/mother, Olivia Ramirez. Travel is authorized only to and from the Chapel of Light during the designated times.

All prior orders not in conflict with this order shall remain in full force and effect.

IT IS SO ORDERED.

Dated:  **January 20, 2022**

UNITED STATES MAGISTRATE JUDGE

Ramirez: Stipulation and
Order to Modify Pretrial Condition

-3-