HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Petitioner
STEFAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>STEFAN RAMIREZ,<br><br>*Defendant.* | Case No. 1:17-cr-00207-JLT-SKO<br><br>**SEALING ORDER** |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Ramirez's Exhibits A.1, J, and S to his Sentencing Memorandum shall be filed ***under seal*** until further order of the court as they contain confidential medical records.

IT IS SO ORDERED.

Dated:   **July 8, 2022**

_____
UNITED STATES DISTRICT JUDGE

Ramirez:  Proposed Sealing Order