/PHILLIP A. TALBERT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>STEFAN RAMIREZ,<br><br>             Defendant. | Case No. 1:17-CR-00207-JLT-SKO<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on May 3, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Stefan Ramirez in the following property:

   a. One Toshiba Hard Drive; 120GB, Model MK 1234GSX, and all data and content stored thereon, seized by law enforcement on May 16, 2017;

   b. One Seagate Go Flex 1TB external hard drive, and all data and content stored thereon, seized by law enforcement on May 16, 2017; and

   c. One Seagate Expansion+ 1TB external hard drive, and all data and content stored thereon, seized by law enforcement on May 16, 2017.

AND WHEREAS, beginning on June 16, 2022, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised

FINAL ORDER OF FORFEITURE                 1

1 all third parties of their right to petition the Court within 60 days from the first day of
2 publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in
3 the forfeited property;

4     AND WHEREAS, the United States sent direct written notice by certified mail to the
5 following individuals known to have an alleged interest in the above-described property:
6 Danielle Atkinson.

7     AND WHEREAS, the Court has been advised that Danielle Atkinson has not filed a
8 claim to the subject property and the time for her to file a claim has expired.

9     AND WHEREAS, the Court has been advised that no third party has filed a claim to the
10 subject property and the time for any person or entity to file a claim has expired.

11     Accordingly, it is hereby ORDERED and ADJUDGED:

12     1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of
13 America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
14 2253(a), to be disposed of according to law, including all right, title, and interest of Stefan
15 Ramirez and Danielle Atkinson.

16     2.    All right, title, and interest in the above-listed property shall vest solely in the
17 name of the United States of America.

18     3.    The U.S. Marshals Service shall maintain custody of and control over the
19 subject property until it is disposed of according to law.

20
21 IT IS SO ORDERED.

22     Dated:   **August 22, 2022**                                */s/ Jennifer L. Thurston*
                                                                          UNITED STATES DISTRICT JUDGE